## Starr's Estate.

248

*Daniel C. Donoghue,* for exceptions.

*W. H. Myers, Jr., Morgan, Lewis & Bockius* and *Wintersteen, McCoy & Wintersteen,* contra.

HENDERSON, J., July 5, 1929.—A careful study of this record and the able briefs of counsel convinces us that the Auditing Judge was right in his conclusions. The gift to Louis, his widow, his children and their issue was undoubtedly vested, and the attempt to put it in trust for a term was wholly abortive; it is just as if no term for the duration of the trust had been named.

All exceptions are dismissed and the adjudication is confirmed absolutely.

LAMORELLE, P. J., did not sit.